UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON D. VASIL, on his own behalf and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DUNHAM'S ATHLEISURE CORPORATION d/b/a DUNHAM'S SPORTS,<br><br>Defendant. | CIVIL DIVISION<br><br>Case No. 2:14-cv-00690-DSC<br><br>Honorable David Stewart Cercone |

**DECLARATION OF MICHAEL J. BRUZZESE
IN SUPPORT OF REQUEST FOR ATTORNEY'S FEES**

I, Michael J. Bruzzese, declare as follows:

1. I am one of the attorneys primarily responsible for prosecuting the plaintiff's claims on behalf of the collective. I have been in practice since 1991 and have handled numerous employment cases in both state and federal courts.

2. I expended a total of 463.6 hours working on this case since its inception through the date of this declaration.

3. My hourly rate is $300.00, which is a reasonable rate in the Western District of Pennsylvania for an attorney with my experience.

4. My total legal fees for this case are $139,080.00.

5. I advanced a total of $3,745.47 in costs for this case as follows:

| | | |
|---|---|---|
| (a) | Filing fees | $400.00 |
| (b) | Deposition transcripts | $1,530.55 |
| (c) | Duplicating expenses | $4.38 |
| (d) | Administration fee for notice | $644.32 |
| (e) | Flights/hotels/transportation | $1,166.22 |

I declare that the foregoing is true and correct.

                                                Respectfully submitted,

*/s/ Michael J. Bruzzese*
Michael J. Bruzzese
Pa. I.D. No. 63306

2315 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

Counsel for the plaintiff

Dated: March 21, 2018